FILED (SG)
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

08 JUL 21 PM 1:14

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Leonard Green
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 18, 2008

3:07-CV-382-R

Mr. Jeffrey A. Apperson
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 07-6290, *Donald FitzGerald v. Citibank South Dakota, N.A., et al*
Originating Case No.: 07-00382

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Audrey Crockett
Case Manager
Direct Dial No. 513-564-7032
Fax No. 513-564-7094

cc: Mr. Victoria E. Brieant
Mr. Stuart W. Cobb
Mr. Stephen P. Durham
Honorable Thomas B. Russell
Mr. Donald C. FitzGerald

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 07-6290

Filed: July 18, 2008

DONALD C. FITZGERALD,

    Plaintiff - Appellant

v.

CITIBANK SOUTH DAKOTA, N.A.; MAPOTHER & MAPOTHER, P.S.C.; CHRISTINE D. CAMPBELL; MERVIN W. WARREN JR.; HEATHER R. PETERS; DONNA PEARSON; JOHN HARRISON; KENNETH G. BELT; JOHN AUBREY;

    Defendants - Appellees

## MANDATE

    Pursuant to the court's disposition that was filed 06/16/2008 the mandate for this case hereby issues today.

COSTS: NONE